**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
FORT MYERS DIVISION
Case No.: 2:23-cv-00435-SPC-KCD

RICHARD SANTOS,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, Richard Santos, and Defendant, Hartford Life and Accident Insurance Company (collectively, the "Parties"), advise the Court that this case has settled by an amicable resolution. The Parties will file a Stipulation of Dismissal with prejudice with each party to bear its own attorney's fees and costs once the settlement and release have been finalized. The Parties respectfully request this Court maintain jurisdiction over this action until that time.

*Respectfully submitted this 8th day of January 2024,*

| | |
|---|---|
| /s/ Jonathan M. Fordin | /s/ Geannina A. Burgos |
| Jonathan M. Fordin (FBN 371637) | Geannina A. Burgos (FBN. 113242) |
| jfordin@shutts.com | nina@longtermdisability.net |
| SHUTTS & BOWEN LLP | Edward Philip Dabdoub (FBN. 45685) |
| 200 South Biscayne Blvd., Suite 4100 | eddie@longtermdisability.net |
| Miami, Florida 33131 | DABDOUB LAW FIRM, P.A. |
| Tel: (305) 347-7390 | 1600 Ponce de Leon Blvd., Suite 1202 |

Fax: (305) 347-7790
*Attorneys for Defendant*

Coral Gables, Florida 33134
Tel: (305) 754-2000
Fax: (305) 754-2007
*Attorneys for Plaintiff*